SMM
ORIGINAL
CV17 00382 SOM RLP
Plantiff    Defendant
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 03 2017
at 9 o'clock and 47 min. a M
SUE BEITIA, CLERK

# WILLIE L BURRUS

Wlbncoa61@gmail.com 
EMAIL

TELEPHONE

95-1050 MAKAIKAI ST APT 211

Mililani hi, 96789

US RENEALI DIALYIS WAHIAWA HI
850 KILANI ST WAHAIWA HI,, 96786

Dear US Reneall DIALYIS WAHIAWA HI
850 KILANI ST WAHAIWA HI,, 96786,

On or about June 17, 2017 I was having treatment for dialysis when I looked to my right of the chair and rose aguda the nurse was cleaning up fluid from the floor. my food and bags and shoes were on my right side of the chair. the person next to me Curtis she was attempting to empty his bodily fluid from his chair but she spilt on me and my items she did not say anything to me I later found out that she did not notifyee her superior

On or about June 31, 2017 rose aguda again did the same thing spilling bodily fluid from Curtis on my food and bags and blanket and the only thig she said to me was next time you come move your stuff to the other side and walked off this incident was not logged or reported to her superior I was very concerned for my safety and left the facility angry

On or about July 1, 2017 I was at the end of treatment rose aguda there was something wrong with my lines hooked to me lani told her thy were clogged she took off the chuck that was on she became nervous she did not put another chuck over me which left my chest bear then rose did not clamp my blood lines she disconnected one of the lines blood shoot over my chest face arm at that time rose just said shit and other came to help this was not reported to her management I was told the blood in the machine could not be returned tome also the blood in the lines. Once everything was completed I requested from tech. Helen I wanted to speak to a manger. I spoke to ileane told her of the three incidents told her I was go to talk to a attorney that evening I had shortness of breath was dizzy had cramps all over my body due o loss off blood I

informed my nurse donna she spoke to ileane and had me moved to Kapolei us l renal care where I am now presently being treated

*[signature: Willie Burrus]*

Sincerely,

Willie l burrus

8/3/2017