AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| WILLIE L. BURRUS, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL 17-00382-SOM-RLP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| U.S. RENAL DIALYSIS, | September 26, 2017 |
| Defendant. | At 9 o'clock and 40 min a.m.<br>SUE BEITIA, CLERK |

[✓]  **Decision by Court**.  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

Plaintiff, having failed to amend the complaint within the time period prescribed and as directed in the Court's order filed August 8, 2017:

> The "ORDER DISMISSING COMPLAINT; ORDER DENYING AS MOOT APPLICATION TO PROCEED IN FORMA PAUPERIS,"

IT IS ORDERED AND ADJUDGED THAT the Action is DISMISSED, and dismissed as pursuant to and in accordance with the August 8, 2017 Order.

| | |
|---|---|
| September 26, 2017 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by AC |
| | (By) Deputy Clerk |